# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAUL CRAIG (7),<br><br>　　　　　Defendant. | Case No.: 18-CR-1674-JLS<br><br>**ORDER REGARDING DEFENDANT'S PREJUDGMENT RESTITUTION PAYMENTS** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Clerk of Court shall accept any prejudgment payments made by or on behalf of Defendant for restitution.

IT IS SO ORDERED.

Dated: October 22, 2020

　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge