UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18CR1674-JLS |
| Plaintiff, | |
| v. | |
| PAUL CRAIG (7), | **RESTITUTION ORDER** |
| Defendant. | |

It is ordered that the defendant, Paul Craig, pay restitution in the amount of $175,000 to Traumatic Servicemembers Group Life Insurance (TSGLI) through the Clerk, U.S. District Court.  Payment of restitution shall be forthwith.

It is further ordered that the Clerk of Court apply the defendant's prejudgment payment of $175,000 to the restitution and disburse the payment to:

> Traumatic Servicemembers Group Life Insurance (TSGLI)
> Chief, Policy and Procedures
> Insurance Service (290B)
> Program Management Division
> Veterans Benefits Administration, Central Office
> 5000 Wissahickon Avenue
> Philadelphia, PA 19144

**IT IS SO ORDERED.**

Dated:  April 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge