UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-1674-JLS |
| Plaintiff, | **ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION** |
| v. | |
| PAUL CRAIG, | ECF. No. 417 |
| Defendant. | Judge: Janis L. Sammartino |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3564(c), that Defendant's Motion for Early Termination of Probation (EFC No. 417) is GRANTED and that Defendant Paul Craig's term of probation be terminated.

IT IS SO ORDERED.

Dated: November 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge